**BRUCE W. BREWER**, ATTORNEY AT LAW — OSB # 925581
brucebrewerusdccases@gmail.com
419 5th Street
Oregon City, OR 97045
Voice: (503)722-8833
Fax: (503)656-8481
  Attorney for Plaintiff

FILED 01 AUG '11 11:42USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**PORTLAND DIVISION**

| | |
|---|---|
| **STEPHANIE ARANDA,**<br>**Beneficiary of the claim of**<br>**Linda Clark (deceased)** | Case No.:3:08-cv-340-MA |
| Plaintiff, | ~~PROPOSED~~ ORDER ADOPTING THE STIPULATION OF THE PARTIES FOR THE AWARD OF SUPPLEMENTAL ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act

(EAJA), 28 U.S.C. § 2412, and Plaintiff's Supplemental EAJA petition, it is hereby ordered that

Supplemental EAJA attorneys fees of $1,498.83 shall be awarded to Plaintiff. If it is determined

that Plaintiff's Supplemental EAJA fees are not subject to any offset allowed under the

Department of the Treasury's Offset Program (*see* Astrue v. Ratliff, 130 U.S. 2521 (2010)), then

the check for supplemental EAJA fees shall be made payable to Bruce Brewer, based upon

Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be

mailed to Plaintiff's counsel, Bruce Brewer,  at the following address:

PROPOSED ORDER ADOPTING THE STIPULATION OF THE PARTIES FOR THE
AWARD OF SUPPLEMENTAL ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS
TO JUSTICE ACT, 28 U.S.C. § 2412(d) - 1

**BRUCE BREWER**, ATTORNEY AT LAW
419 5th Street
Oregon City, OR 97045

This award is without prejudice to the rights of Plaintiff's counsel to seek Social

Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

APPROVED AND SO ORDERED:

DATED: _August 1, 2011_    _Malcolm F. Marsh_
                                    MALCOLM F. MARSH
                                    UNITED STATES DISTRICT JUDGE

Presented by:

s/ Bruce W. Brewer
    BRUCE W. BREWER, Attorney, OSB #925581
    (503)722-8833
        Attorney for Plaintiff

PROPOSED ORDER ADOPTING THE STIPULATION OF THE PARTIES FOR THE
AWARD OF SUPPLEMENTAL ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS
TO JUSTICE ACT, 28 U.S.C. § 2412(d) - 2